IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA :
:
v. : CASE NO.: CR207-55
:
MATTHEW RAWLS :

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 4th day of January, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE